| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Diane Princ<br>Special Agent: Emily Zebracki | Telephone: (313) 226-9100<br>Telephone: (313) 226-0500 | |

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Michigan

United States of America
   v.
Jerry Wayne McClusky

Case No.   Case: 2:25−mj−30648
Assigned To : Unassigned
Assign. Date : 10/17/2025
Description: CMP USA V. MCCLUSKY (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   July 1, 2025-October 16, 2025   in the county of   Oakland   in the   Eastern   District of   Michigan  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Sexual exploitation of a minor and attempt. |
| 18 U.S.C. § 2252A(a)(1) | Transportation of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Emily Zebracki, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:   October 17, 2025  

*Judge's signature*

City and state:   Detroit, Michigan     Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Emily Zebracki, being first duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI) in Detroit, Michigan. I have been employed as a Special Agent since May of 2022. My formal education includes a Bachelor of Science Degree in Criminal Justice from Wayne State University. Prior to becoming a Special Agent with HSI, I was employed as a Police Officer with the Rapid City Police Department in Rapid City, South Dakota for 4 years. I have successfully completed the Criminal Investigator Training Program and the Homeland Security Investigations Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have been assigned as a member of the Michigan State Police – Internet Crimes Against Children Task Force (MSP-ICAC) since April of 2025.

2. This affidavit is made in support of a criminal complaint and arrest warrant for Jerry Wayne MCCLUSKY (DOB XX/XX/1978), for violations of 18 U.S.C. § 2251(a) and (e) (sexual exploitation of a minor and attempt); 18 U.S.C.

1

2252A(a)(1) (transportation of child pornography); and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

3. This affidavit is based on my personal knowledge, experience, and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of facts for the limited purpose of establishing probable cause to obtain an arrest warrant for Jerry Wayne MCCLUSKY.

## PROBABLE CAUSE

4. On October 13, 2025, Michigan State Police-Internet Crimes Against Children (MSP-ICAC) received tip number 221731831 from the National Center for Missing and Exploited Children (NCMEC) submitted by Yahoo! Inc., an electronic service provider that offers email and other online services. Yahoo advised that a user uploaded several files of suspected child sexually abusive material (CSAM). There were two additional NCMEC tips (221865319 and 221894350) linked to NCMEC tip number 221731831 based on the suspect

accounts containing associated identifier(s), such as the same email address, name, date of birth, phone number, and/or IP address.

5. NCMEC tip number 221731831 was submitted by Yahoo! Inc. to NCMEC on October 13, 2025, at 14:36:24 UTC (Coordinated Universal Time). The account user information provided included the name Jerry McCluskey, phone numbers ending in 2805 and 1574, the email address jmcclusky[redacted]@yahoo.com, and IP address information.

6. NCMEC tip number 221731831 also contained the attachment of sixteen (16) sexualized images, including images of minors. Many of these images appear to be of the same prepubescent females, and of their unclothed genitals, anus, and breasts. The metadata associated with the images show that many of the images were taken with the same make and model of cell phone, a Samsung S24 Plus. The Yahoo data also shows that the Yahoo account user jmcclusky[redacted]@yahoo.com sent these images to another email account koh[redacted]@yahoo.com.

7. NCMEC tip 221865319 was linked to approximately 174 images, including sexualized imagery of minors, relating to the email account koh[redacted]@yahoo.com. Many of these images also appear to have been sent by the jmcclusky[redacted]@yahoo.com to the email account

3

koh[redacted]@yahoo.com. Some of the images appear to include the same prepubescent females as in NCMEC tip 221731831. Some images also depicted minor females' with their eyes closed, or with their feet, unclothed genitals, and breasts exposed, including some showing similar clothing and background as images from the NCMEC tip 221731831. NCMEC tip 221865319 also included a screenshot image of an apparent video call, in which the device owner tile in the upper right corner showed the face of an adult male.

8. NCMEC tip 22186319 also provided subscriber information for the koh[redacted]@yahoo.com account, which indicated that the subscriber was Jerry McClusky, with a date of birth that matched MCLUSKY's date of birth, and a mobile phone ending in 2805, which had been verified on May 25, 2025.

9. One of the images in the tips depicted the nude genitalia and buttocks of a female child. Based on my training and experience, and the lack of pubic hair, the child appears to be prepubescent. The image also included a blue patterned fleece blanket. Metadata associated with the image indicates that it was taken with a Samsung S24 Plus, and included an associated date of July 30, 2025. Based on my training and experience, this image meets the federal definition of child pornography.

10. Another image in the tips meeting the federal definition of child pornography depicts a close-up view of what appears to be an adult hand pulling aside a prepubescent female's underwear, exposing her genitalia. The image appears to have been captured from the adult's perspective. Metadata associated with this image indicates that it was taken with a Samsung S24 Plus, and included an associated date of September 20, 2025.

11. Law enforcement database searches revealed there was a Jerry Wayne MCCLUSKY (DOB XX/XX/1978) residing in Pontiac, Michigan with a current phone number ending in 2805.

12. Law enforcement also obtained information for an IP address associated with the NCMEC tips, which returned subscriber information for MCCLUSKY at his residence in Pontiac, Michigan.

13. Law enforcement submitted a request to T-Mobile for subscriber information for the phone number ending in 2805. Responsive records indicated the phone number was subscribed to MCCLUSKY.

14. On October 16, 2025, law enforcement executed federal search warrants for MCCLUSKY's person and at MCCLUSKY's residence. Law enforcement seized MCCLUSKY's phone, which was a Samsung S24 Plus, along with additional electronic devices. Agents noted that MCCLUSKY's visual

appearance matched the individual depicted in the above-mentioned video call screenshot included in an image from NCMEC tip 221731831.

15. In addition, at the time of the search warrant execution, Agents observed and photographed MCCLUSKY's bedroom. The background and items contained therein appeared to match distinctive items which could be observed in images from the NCMEC tips, including a blue patterned fleece blanket that appeared to match the blanket in the image described above.

16. MCCLUSKY told law enforcement he may have viewed CSAM in the past. MCCLUSKY admitted to agents that he had sent images from one Yahoo email address to another "back-up" email address to save them to view and later delete. The email addresses he referenced using were jmcclusky[redacted]@yahoo.com and koqh[redacted]@yahoo.com.

17. Agents previewed some of the content of MCCLUSKY's seized Samsung S24 Plus phone and observed numerous CSAM images depicting genitalia of prepubescent females in a deleted images folder.

## CONCLUSION

18. Based on the above, I respectfully submit that there is probable cause to believe that Jerry Wayne MCCLUSKY violated 18 U.S.C. § 2251(a) and (e)

(sexual exploitation of a minor and attempt); 18 U.S.C. 2252A(a)(1)

(transportation of child pornography); and 18 U.S.C. § 2252A(a)(5)(B)

(possession of child pornography). I request that the Court authorize the issuance

of a criminal complaint and arrest warrant for Jerry Wayne MCCLUSKY.

Respectfully Submitted,

Emily Zebracki
Special Agent
Homeland Security Investigations

Sworn to before me and signed in my
Presence and/or by reliable electronic means.

Hon. Kimberly Altman
United States Magistrate Judge

Date: October 17, 2025